UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRADY,<br><br>           Plaintiff,<br><br>   v.<br><br>TAYLOR, BEAN & WHITAKER MORTGAGE CORP., TAYLOR, BEAN & WHITAKER MORTGAGE CORP., MTC FINANCIAL INC. dba TRUSTEE CORPS., and DOES 1 to 100, Inclusive,<br><br>           Defendants. | Case No. EDCV 09-139-VAP (AJWx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against TAYLOR, BEAN & WHITAKER MORTGAGE CORP. is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: March 9, 2009

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge