**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL BRADY,                       )     Case No. EDCV 09-139-VAP (AJWx)

         Plaintiff,                  )     **JUDGMENT**

      v.                               )

~~TAYLOR, BEAN & wHITAKER~~           )
~~MORTGAGE CORP., TAYLOR,~~           )
~~BEAN & WHITAKER~~                   )
~~MORTGAGE CORP.,~~ MTC               )
FINANCIAL INC. dba TRUSTEE           )
CORPS., and DOES 1 to 100,           )
Inclusive,                           )

         Defendants.                 )
_____      )

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

      Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against MTC Financial Inc., d/b/a Trustee Corps, is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>March 24, 2009</u>

                                   *Virginia A. Phillips*

                                   VIRGINIA A. PHILLIPS
                                  United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28